IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN KNUTSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NCR CORPORATION,<br><br>Defendant. | CASE NO. 1:22-CV-05925<br><br>JUDGE JORGE L. ALONSO<br><br>MAGISTRATE JEFFREY T. GILBERT |

**STIPULATION TO SUBMIT TO BINDING ARBITRATION
AND DISMISS ACTION WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED, by and between Plaintiff Brian Knutson and Defendant NCR Corporation, by and through their respective attorneys of record, as follows:

WHEREAS, Plaintiff filed his Original Complaint on October 26, 2022, alleging class action and collective claims for violation of the Fair Labor Standards Act and the Illinois Minimum Wage Law on behalf of himself and all others similarly situated; and

WHEREAS, in the interest of judicial economy and pursuant to the parties' Arbitration Agreement, Plaintiff and Defendant have agreed to submit this matter to binding arbitration.

THEREFORE, subject to the approval of this Court, it is hereby stipulated and agreed that:

1. Subject and pursuant to the parties' Arbitration Agreement, and Class, Collective, and Representative Action Waiver ("Arbitration Agreement"), Plaintiff and Defendant shall submit this matter to binding arbitration administered by the American Arbitration Association under its Employment Arbitration Rules and Mediation Procedures, as amended by the Arbitration Agreement, and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.

2. The date that Plaintiff filed his Original Complaint shall be the date of his arbitration demand for purposes of the statute of limitations in the arbitration.

3. Plaintiff has agreed to dismiss this action without prejudice, with each party to bear his or its own costs and attorney's fees.

WHEREFORE, Plaintiff and Defendant respectfully request this Court issue an Order ordering

that Plaintiff's individual claims shall be resolved by binding arbitration.

Respectfully submitted,

By: */s/ Michael A. Josephson*
Douglas M. Werman – dwerman@flsalaw.com
Maureen A. Salas – msalas@flsalaw.com
Sarah J. Arendt – sarendt@flsalaw.com
WERMAN SALAS P.C.
77 W. Washington St., Ste 1402
Chicago, IL 60602
T: (312) 419-1008

AND

Michael A. Josephson
Texas State Bar No. 24014780
mjosephson@mybackwages.com
Lindsay Itkin Reimer
Texas State Bar No. 24068647
litkin@mybackwages.com
JOSEPHSON DUNLAP, LLP
11 Greenway Plaza, Ste 3050
Houston, TX 77046
T: 713-352-1100
F: 713-352-3300

AND

Richard J. (Rex) Burch
Texas State Bar No. 24001807
BRUCKNER BURCH, P.L.L.C.
11 Greenway Plaza, Ste 3025
Houston, TX 77046
T: 713-877-8788
F: 713-877-8065

*Attorneys for Plaintiff*

By: */s/ Andrew J. Jarzyna*
Andrew J. Jarzyna
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: 216.363.4500
Facsimile: *216.363.4588*

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing *Stipulation to Submit Action to Binding Arbitration* was electronically filed on November 16, 2022, in accordance with the Court's Electronic Filing Guidelines. The Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

By:   /s/*Andrew J. Jarzyna*
Andrew J. Jarzyna
*One of the Attorneys for Defendant*
